ORIGINAL

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 86-490

TED SCHWINDEN, In his Official
Capacity as Governor of the State
of Montana; ELLEN FEAVER, In her
Official Capacity as Director
of Revenue of the State of
Montana; DEPARTMENT OF REVENUE
OF THE STATE OF MONTANA; MONTANA
ASSOCIATION OF COUNTIES; MONTANA
LEAGUE OF CITIES AND TOWNS; URBAN
COALITION; and MONTANA SCHOOL
BOARDS ASSOCIATION,

        Plaintiffs,

  v.

BURLINGTON NORTHERN, INC.,

        Defendant.

FILED

NOV 5 - 1986

Ethel M. Harrison
CLERK OF SUPREME COURT
STATE OF MONTANA

O R D E R

PER CURIAM:

    Daniels County, Montana, by and through its County Attorney, has filed herein a petition for interpretation of this Court's opinion in Schwinden v. Burlington Northern, Inc. (Mont. 1984), 691 P.2d 1351, 41 St.Rep. 2184, together with a statement of facts in support of its petition.

    IT IS ORDERED:

    1. Counsel for the Department of Revenue of the State of Montana and counsel for Burlington Northern, Inc., are granted thirty days from the date hereof in which to prepare, file and serve written responses to the petition for interpretation filed by Daniels County, Montana, together with appropriate legal memoranda in support thereof.

1

2. The Clerk is directed to mail a true copy hereof to the Daniels County Attorney, counsel for the Department of Revenue, and to counsel for Burlington Northern, Inc.

DATED this 7th day of November, 1986.

For the Court,

By ⟨signature⟩
_____
Chief Justice